# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICHARD SMITH, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE US INC., <br><br> Defendant. | CASE NO. 2:23-cv-00188-LK <br><br> ORDER GRANTING STIPULATED MOTION TO STAY |

This matter comes before the Court on the parties' stipulated motion to stay this matter pending the Judicial Panel on Multidistrict Litigation's ("JPML") ruling on a pending petition to transfer under 28 U.S.C. § 1407. Dkt. No. 16 at 1 (citing *In re: T-Mobile 2022 Customer Data Sec. Breach Litig.*, MDL No. 3037, ECF No. 1).

Pursuant to the parties' stipulation, and in the interest of judicial economy, the Court hereby ORDERS as follows:

1. This action is STAYED pending the JPML's decision on transfer.
2. If the JPML issues an order transferring this action to a different court, the transferee court may lift the stay in its discretion.

3. In the event that the JPML denies the pending petition to transfer, the parties shall within 14 days of such decision submit a joint status report to this Court with a proposal for how this action should proceed, and Defendant T-Mobile shall respond to Plaintiff's complaint within 30 days of the date of the denial.

4. All other case deadlines are hereby VACATED and shall be reset if necessary.

Dated this 7th day of March, 2023.

*Lauren King*

Lauren King
United States District Judge